701 A.2d 1360

**William J. and Susan C. SMITH, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of November, 1997, the Order of the Commonwealth Court is affirmed.